# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ONI ROBERTS,<br><br>                Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, CORPORATION, FAY SERVICING, LLC, US BANCORP, STATEBRIDGE COMPANY, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for Prime Star-H Fund, I Trust, PRIMESTAR FUND, I TRS, INC, and BRET J. CHANESS,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-5229-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation, Defendant Bank of America Corporation's Motion to Dismiss Plaintiff's First Verified Amended Complaint, Defendants Primestar Fund I TRS, Inc., Statebridge Company, LLC, Wilmington Savings Fund Society, FSB, and Bret Chaness' Motion to Dismiss, and Defendants Fay Servicing, LLC and U.S. Bank National Association's Motion to Dismiss First Amended Verified Complaint, and the court having **APPROVED** and **ADOPTED** said recommendation and **GRANTED** said Defendants' motions, it is

**Ordered and Adjudged** that the Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**. This action is hereby **DISMISSED**.

Dated at Atlanta, Georgia, this 24th day of July, 2019.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                                    By:    s/ B. Walker
                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 24, 2019
James N. Hatten
Clerk of Court

By:    s/ B. Walker
        Deputy Clerk